# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCISCO MOLINA, | : Civil No. 1:19-CV-00019 |
| Plaintiff, | : |
| v. | : |
| PENNSYLVANIA SOCIAL SERVICE UNION, SERVICE EMPLOYEES INTERNATIONAL, *et al.*, | : |
| Defendants. | : Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 8th day of May, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Defendants' motions for summary judgment (Docs. 50, 57) are **GRANTED**.

2. The unamended motion for summary judgment filed by Defendant Lehigh County Board of Commissioners (Doc. 52) is **DENIED AS MOOT**.

3. The Clerk of Court is directed to enter judgment in Defendants' favor and close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania